June 8, 2017

DISTRICT JUDGE JOAN M. AZRACK
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza, Court Room 920
Central Islip, NY 11722

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 12 2017 ★

LONG ISLAND OFFICE

RE: Case No. 2:17-cv-2201
   Request for Telephonic Appearance
   Hearing Tuesday June 13, 2017 at 11:30am

Dear Judge Azrack,

   This request is for me to appear telephonically at the hearing currently scheduled for Tuesday June 13, 2017 at 11:30am.

   Defendant is appearing pro se and lives in Charleston, South Carolina and it would be an undue burden of time and expense.

   Defendant respectfully requests that the Court grant the request to appear telephonically at the hearing on Tuesday June 13, 2017 at 11:30am.

Respectfully submitted,

FRANK KRISTAN, pro se
P.O Box 62082
North Charleston, SC 29419
Phone: (757) 345-0240
Email: frankkristan@hotmail.com

*Application granted.*
*So Ordered.*
*/s/ Joan M. Azrack 6/12/17*